UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSE SALAS,<br><br>    Defendant. | Case No. 14-cr-00413-JSW-1<br><br>**ORDER TO SHOW CAUSE REGARDING SUPPLEMENTAL OPPOSITION BRIEF**<br><br>Re: Dkt. No. 95 |

On September 20, 2016, well after briefing on Defendant's motion to suppress was closed and one week prior to an evidentiary hearing on the matter, the Government filed a supplemental opposition brief without leave of court, raising a new legal theory to support its opposition to Defendant's motion.

The Government is HEREBY ORDERED TO SHOW CAUSE by no later than 12:00 p.m. on September 23, 2016, why the Court should consider this supplemental opposition brief. If the Court determines that it will consider this argument, it will provide Defendant with an opportunity to respond to the legal arguments raised therein.

**IT IS SO ORDERED.**

Dated: September 21, 2016

_____
JEFFREY S. WHITE
United States District Judge